LYSSA S. ANDERSON
Nevada Bar No. 5781
KRISTOPHER J. KALKOWSKI
Nevada Bar No. 14892
TRAVIS C. STUDDARD
Nevada Bar No. 16454
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada  89135
Telephone:   (702) 792-7000
Fax:             (702) 796-7181
landerson@kcnvlaw.com
kkalkowski@kcnvlaw.com
tstuddard@kcnvlaw.com

*Attorneys for Defendants*
*Robert Leonard, and*
*Las Vegas Metropolitan Police Department*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CARLOS GURRI, an individual, | Case No.:   2:25-cv-01102-JAD-DJA |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** |
| EDWARD PRECIADO, an individual and former employee of the Federal Bureau of Investigation, et al. | **[ECF No. 1]** |
| | **(First Request)** |
| Defendants. | |

Defendants Las Vegas Metropolitan Police Department ("LVMPD") and Robert Leonard ("LVMPD Defendants") and Plaintiff, Carlos Gurri ("Plaintiff"), respectfully submit this Stipulation and Order Extending Time to Answer or Otherwise Respond to Plaintiff's Complaint (the "Stipulation").  This Stipulation is made in accordance with LR IA 6-1 and LR IA 6-2 of the Local Rules of this Court.  This is the first request for an extension of time to file an answer or otherwise respond to Plaintiff's Complaint.

Plaintiff filed his Complaint on May 29, 2025, [ECF No. 1, pg 18].  Clark County and

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

6943.337

Page 1 of 2

Clark County District Attorney removed this case to Federal Court on June 20, 2025 [ECF No. 1]. LVMPD was served on June 2, 2025. Leonard was served on June 13, 2025. The current deadline for LVMPD Defendants to respond to the Complaint is June 27, 2025. Counsel for LVMPD Defendants has just been retained and requires some additional time to review the case and prepare a responsive pleading.

Upon agreement by and between all the parties hereto as set forth herein, the undersigned respectfully requests this Court grant an extension of time, up to and including Friday, July 11, 2025, for the LVMPD Defendants to file an answer or otherwise respond to Plaintiff's Complaint. By entering into this Stipulation, none of the parties waive any rights they have under statute, law or rule with respect to Plaintiff's Complaint.

DATED this <u>26th</u> day of June, 2025

| KAEMPFER CROWELL | SGRO & ROGER |
|---|---|
| By: /s/ *Lyssa S. Anderson*<br>LYSSA S. ANDERSON (5781)<br>KRISTOPHER J. KALKOWSKI (14892)<br>TRAVIS C. STUDDARD (16454)<br>1980 Festival Plaza Drive, # 650<br>Las Vegas, Nevada 89135<br>**Attorneys for Robert Leonard, and Las Vegas Metropolitan Police Department** | By: /s/ *Alanna Bondy*<br>ANTHONY P. SGRO (3811)<br>ALANNA C. BONDY (14830)<br>NICHOLAS V. SCOTTI (15634)<br>2901 El Camino Avenue, Suite 204<br>Las Vegas, Nevada 89102<br>**Attorneys for Plaintiff** |

OLSON, CANNON & GORMLEY

By: /s/ *Thomas D. Dillard, Jr.*
THOMAS D. DILLARD, JR. (6270)
9950 W. Cheyenne Ave.
Las Vegas, NV 89128

**Attorneys for Clark County and Clark County District Attorney**

**ORDER**

IT IS SO ORDERED.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: 6/27/2025

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

6943.337

Page 2 of 2