ANTHONY P. SGRO, ESQ.
Nevada Bar No. 3811
ALANNA C. BONDY, ESQ.
Nevada Bar No. 14830
NICHOLAS V. SCOTTI, ESQ.
Nevada Bar No. 15634
**SGRO & ROGER**
2901 El Camino Avenue, Suite 204
Las Vegas, Nevada 89102
Telephone: (702) 384-9800
Facsimile: (702) 665-4120
tsgro@sgroandroger.com
abondy@sgroandroger.com
nscotti@sgroandroger.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CARLOS GURRI, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>EDWARD PRECIADO, an individual and former employee of the Federal Bureau of Investigation, et al.<br><br>Defendants. | Case No. 2:25-cv-01102-JAD-DJA<br><br>**STIPULATION AND ORDER EXTENDING TIME TO FILE OPPOSITIONS TO LAS VEGAS METROPOLITAN POLICE DEPARTMENT AND ROBERT LEONARD'S PARTIAL MOTION TO DISMISS [ECF No. 12] AND CLARK COUNTY DISTRICT ATTORNEY'S MOTION TO DISMISS [ECF No. 17]**<br>**(First Request)** |

ECF No. 23

Plaintiff Carlos Gurri ("Plaintiff"), by and through his attorneys of record, Anthony P. Sgro, Esq., Alanna C. Bondy, Esq., and Nicholas V. Scotti, Esq., of the law firm Sgro & Roger, Defendants Las Vegas Metropolitan Police Department ("LVMPD") & Robert Leonard, by and through their attorneys of record, Lyssa S. Anderson, Esq., Kristopher J. Kalkowski, Esq., and Travis C. Studdard, Esq., of the law firm Kaempfer & Crowell, and Defendants Clark County, Clark County District Attorney, & William Henry, by and through their attorneys of record, Thomas D. Dillard, Esq., of the law firm Olson Cannon & Gormley, respectfully submit this

Stipulation and Order Extending Time to File Oppositions to LVMPD's & Robert Leonard's Partial Motion to Dismiss [ECF No. 12] and Clark County District Attorney's Motion to Dismiss [ECF No. 17] (the "Stipulation"). This Stipulation is made in accordance with LR IA 6-1 and LR IA 6-2 of the Local Rules of this Court. This is the first request for an extension of time to file oppositions to the Defendants' motions to dismiss.

Plaintiff filed his Complaint on May 29, 2025 [ECF No. 1, pg. 18]. Clark County, Clark County District Attorney, and William Henry removed this case to federal court on June 20, 2025 [ECF No. 1]. LVMPD and Robert Leonard filed a Partial Motion to Dismiss on July 11, 2025 [ECF No. 12]. Clark County, Clark County District Attorney, and William Henry filed a Partial Joinder to LVMPD and Robert Leonard's Partial Motion to Dismiss on July 14, 2025 [ECF No. 16]. Clark County filed a Motion to Dismiss on July 14, 2025 [ECF No. 17]. Plaintiff's current deadline to file a response to LVMPD's and Robert Leonard's Partial Motion to Dismiss [ECF No. 12] is Friday, July 25, 2025. Plaintiff's current deadline to file a response to Clark County District Attorney's Motion to Dismiss ECF No. 17] is Monday, July 28, 2025.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Upon agreement by and between all parties hereto as set forth herein, the undersigned respectfully request this Court grant an extension of time, up to and including Friday, August 1, 2025, for Plaintiff to file responses to LVMPD & Robert Leonard's Partial Motion to Dismiss, Clark County, Clark County District Attorney, & William Henry's Partial Joinder to LVMPD & Robert Leonard's Partial Motion to Dismiss, and Clark County District Attorney's Motion to Dismiss.

Dated this 22nd day of July 2025.

| | |
|---|---|
| **SGRO & ROGER** | **KAEMPFER CROWELL** |
| /s/ Alanna C. Bondy | /s/ Lyssa S. Anderson, Esq. |
| ANTHONY P. SGRO, ESQ. | LYSSA S. ANDERSON, ESQ. |
| Nevada Bar No. 3811 | Nevada Bar No. 5781 |
| ALANNA C. BONDY, ESQ. | KRISTOPHER J. KALKOWSKI, ESQ. |
| Nevada Bar No. 14830 | Nevada Bar No. 14892 |
| NICHOLAS V. SCOTTI, ESQ. | TRAVIS C. STUDDARD, ESQ. |
| Nevada Bar No. 15634 | Nevada Bar No. 16454 |
| 2901 El Camino Avenue, Suite 204 | 1980 Festival Plaza Drive, Suite 650 |
| Las Vegas, Nevada 89102 | Las Vegas, Nevada 89135 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants Las Vegas Metropolitan Police Department and Robert Leonard* |

**OLSON, CANNON & GORMLEY**

/s/ Thomas D. Dillard, Esq.
THOMAS D. DILLARD, ESQ.
Nevada Bar No. 6270
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
*Attorneys for Clark County,
Clark County District Attorney, and
William Henry*

**ORDER**

IT IS SO ORDERED.

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE