LYSSA S. ANDERSON
Nevada Bar No. 5781
KRISTOPHER J. KALKOWSKI
Nevada Bar No. 14892
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada  89135
Telephone:   (702) 792-7000
Fax:          (702) 796-7181
landerson@kcnvlaw.com
kkalkowski@kcnvlaw.com
*Attorneys for Defendants Robert Leonard, and Las Vegas Metropolitan Police Department*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CARLOS GURRI, an individual,<br><br>         Plaintiff,<br><br>vs.<br><br>EDWARD PRECIADO, an individual and former employee of the Federal Bureau of Investigation, et al.<br><br>         Defendants. | Case No.:   2:25-cv-01102-JAD-DJA<br><br>**STIPULATION TO EXTEND DEADLINE TO FILE REPLY TO LVMPD DEFENDANTS' MOTION TO DISMISS**<br>**[ECF No. 12]**<br><br>*First Request*<br>Stipulation at ECF No. 29 |

Defendants Las Vegas Metropolitan Police Department and Robert Leonard (collectively "LVMPD Defendants"), Plaintiff Carlos Gurri, and Defendants Clark County, Clark County District Attorney, and William Henry (collectively, "Clark County Defendants") respectfully submit this Stipulation and Order to extend the time for LVMPD Defendants to file a Reply in support of their Motion to Dismiss, (ECF No. 12).  The current deadline for LVMPD Defendants to file a Reply is Friday, August 8, 2025.  The parties stipulate and agree to extend this deadline by seven days to August 15, 2025.

The Court has set a hearing on LVMPD Defendants' Motion to Dismiss and Clark County Defendants' Motion to Dismiss for August 12, 2025.  The parties respectfully request

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

6943.337

Page 1 of 2

1  that the Court vacate the August 12, 2025 hearing and reset it to a date and time after August 15,
2  2025.

3  This Stipulation is made in accordance with LR IA 6-1 and LR IA 6-2 of the Local Rules
4  of this Court.  This extension of time is necessary based on LVMPD Defendants' counsel having
5  several hearings, briefing deadlines in other matters, and a mediation this week.  Additional time
6  will allow counsel to prepare a thorough Reply to assist the Court.  This is the first request for an
7  extension of time to file LVMPD Defendants' Reply.

8  Dated this <u>8th</u> day of August, 2025.

KAEMPFER CROWELL

By: /s/ *Lyssa S. Anderson*
LYSSA S. ANDERSON (5781)
KRISTOPHER J. KALKOWSKI (14892)
TRAVIS C. STUDDARD (16454)
1980 Festival Plaza Drive, # 650
Las Vegas, Nevada 89135
**Attorneys for Robert Leonard and Las Vegas Metropolitan Police Department**

SGRO & ROGER

By: /s/ *Alanna Bondy*
ANTHONY P. SGRO (3811)
ALANNA C. BONDY (14830)
NICHOLAS V. SCOTTI (15634)
2901 El Camino Avenue, Suite 204
Las Vegas, Nevada 89102
**Attorneys for Plaintiff**

OLSON, CANNON & GORMLEY

By: /s/ *Thomas D. Dillard, Jr.*
THOMAS D. DILLARD, JR. (6270)
9950 W. Cheyenne Ave.
Las Vegas, NV  89128
**Attorneys for Clark County, William Henry, and Clark County District Attorney**

**<u>ORDER</u>**

IT IS SO ORDERED.

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE

Dated: August 11, 2025

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

6943.337

Page 2 of 2