ANTHONY P. SGRO, ESQ.
Nevada Bar No. 3811
ALANNA C. BONDY, ESQ.
Nevada Bar No. 14830
NICHOLAS V. SCOTTI, ESQ.
Nevada Bar No. 15634
**SGRO & ROGER**
2901 El Camino Avenue, Suite 204
Las Vegas, Nevada 89102
Telephone: (702) 384-9800
Facsimile: (702) 665-4120
tsgro@sgroandroger.com
abondy@sgroandroger.com
nscotti@sgroandroger.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CARLOS GURRI, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>EDWARD PRECIADO, an individual and former employee of the Federal Bureau of Investigation, et al.<br><br>Defendants. | Case No. 2:25-cv-01102-JAD-DJA<br><br>**STIPULATION AND ORDER TO CONTINUE MOTIONS HEARING REGARDING LAS VEGAS METROPOLITAN POLICE DEPARTMENT AND ROBERT LEONARD'S PARTIAL MOTION TO DISMISS [ECF No. 12] AND CLARK COUNTY DISTRICT ATTORNEY'S MOTION TO DISMISS [ECF No. 17]** |

Plaintiff Carlos Gurri ("Plaintiff"), by and through his attorneys of record, Anthony P. Sgro, Esq., Alanna C. Bondy, Esq., and Nicholas V. Scotti, Esq., of the law firm Sgro & Roger, Defendants Las Vegas Metropolitan Police Department & Robert Leonard ("the LVMPD Defendants"), by and through their attorneys of record, Lyssa S. Anderson, Esq., Kristopher J. Kalkowski, Esq., and Travis C. Studdard, Esq., of the law firm Kaempfer & Crowell, and Defendants Clark County, Clark County District Attorney, & William Henry ("the Clark County Defendants"), by and through their attorneys of record, Thomas D. Dillard, Esq., of the law firm Olson Cannon & Gormley, respectfully submit this Stipulation and Order to Continue the

Motions Hearing Regarding the LVMPD Defendants' Partial Motion to Dismiss [ECF No. 12] and the Clark County Defendants' Motion to Dismiss Clark County District Attorney [ECF No. 17] (the "Stipulation"). This Stipulation is made in accordance with LR IA 6-1 and LR IA 6-2 of the Local Rules of this Court.

Plaintiff filed his Complaint on May 29, 2025 [ECF No. 1, pg. 18]. The Clark County Defendants removed this case to federal court on June 20, 2025 [ECF No. 1]. The LVMPD Defendants filed a Partial Motion to Dismiss on July 11, 2025 [ECF No. 12]. The Clark County Defendants filed a Partial Joinder to the LVMPD Defendant's Partial Motion to Dismiss on July 14, 2025 [ECF No. 16]. The Clark County Defendants filed a Motion to Dismiss Clark County District Attorney on July 14, 2025 [ECF No. 17]. Plaintiff filed his Response to the Clark County Defendants' Motion to Dismiss Clark County District Attorney [ECF No. 25] on August 1, 2025. Plaintiff also filed his Opposition to the LVMPD Defendant's Partial Motion to Dismiss & the Clark County Defendants' Partial Joinder on August 1, 2025 [ECF No. 26]. The hearing on the above-referenced motions is currently scheduled for Tuesday, August 26, 2025, at 1:30 p.m. [ECF No. 31]. The Clark County Defendants filed their Reply to Plaintiff's Response to their Motion to Dismiss Clark County District Attorney on August 7, 2025 [ECF No. 27]. On August 7, 2025, the Clark County Defendants also filed their Reply to Plaintiff's Opposition to their Partial Joinder to the LVMPD Defendant's Partial Motion to Dismiss [ECD No. 28]. On August 15, 2025, the LVMPD Defendants filed their Reply in Support of their Partial Motion to Dismiss [ECF No. 32].

Upon agreement by and between all parties hereto as set forth herein, the undersigned respectfully request this Court grant a two-week continuance of the Motion Hearing to accommodate Plaintiff's attorneys' scheduling conflict. Plaintiff's attorneys are required to attend an in-person and out-of-state hearing in an unrelated case and cannot attend the motion

hearing with its current setting.

Dated this 20th day of August 2025.

| **SGRO & ROGER** | **KAEMPFER CROWELL** |
|---|---|
| */s/ Nicholas V. Scotti, Esq.* | */s/ Lyssa S. Anderson, Esq.* |
| ANTHONY P. SGRO, ESQ. | LYSSA S. ANDERSON, ESQ. |
| Nevada Bar No. 3811 | Nevada Bar No. 5781 |
| ALANNA C. BONDY, ESQ. | KRISTOPHER J. KALKOWSKI, ESQ. |
| Nevada Bar No. 14830 | Nevada Bar No. 14892 |
| NICHOLAS V. SCOTTI, ESQ. | TRAVIS C. STUDDARD, ESQ. |
| Nevada Bar No. 15634 | Nevada Bar No. 16454 |
| 2901 El Camino Avenue, Suite 204 | 1980 Festival Plaza Drive, Suite 650 |
| Las Vegas, Nevada 89102 | Las Vegas, Nevada 89135 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants Las Vegas Metropolitan Police Department and Robert Leonard* |

**OLSON, CANNON & GORMLEY**

*/s/ Thomas D. Dillard, Esq.*
THOMAS D. DILLARD, ESQ.
Nevada Bar No. 6270
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
*Attorneys for Clark County,
Clark County District Attorney, and
William Henry*

## **ORDER**

IT IS SO ORDERED.  The 8/26/25 hearing is VACATED and continued to Monday, 9/8/25 at 2:30 p.m.

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE
8/25/25