SIGAL CHATTAH
Acting United States Attorney
District of Nevada
Nevada Bar No. 8264
VIRGINIA T. TOMOVA
Assistant United States Attorney
Nevada Bar No. 12504
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6533
Virginia.Tomova@usdoj.gov

*Attorneys for the Federal Defendant*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| Carlos Gurri,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Edward Preciado, et al.<br><br>　　　　Defendants. | Case No. 2:25-cv-01102-JAD-DJA<br><br>**Stipulation and Order to Extend Time to Answer**<br><br>**(First Request)** |

　　　　Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure and Rule IA 6-1 of this Court's Local Rules, Plaintiff Carlos Gurri, and Federal Defendant Edward Preciado, through undersigned counsel, hereby stipulate and agree as follows:

　　　　Plaintiff filed his complaint on May 29, 2025, in the Eighth Judicial District Court for the State of Nevada. ECF No. 1. Removal proceedings to the United States District Court, District of Nevada, commenced on June 20, 2025. *Id*.

　　　　Plaintiff served the United States with a copy of the Summons and Complaint on July 21, 2025. ECF No. 22.

　　　　The current deadline for Federal Defendant to file a response to Plaintiff's Complaint is September 19, 2025.

　　　　On September 15, 2025, undersigned counsel for Plaintiff and Federal Defendant agreed to a 21-day extension of time for Federal Defendant to file a response to Plaintiff's Complaint, in order to accommodate undersigned AUSA's heavy workload. The standard for extending time is good cause. *See* FRCP 6(b)(1)(A).

Accordingly, the parties, through undersigned counsel, submit this stipulation to a 21-day extension from September 19, 2025, to **October 10, 2025**, for Federal Defendant to file a response to Plaintiff's Complaint. This is Federal Defendant's first request for an extension of time.

This stipulated request is filed in good faith and not for the purposes of undue delay.

Respectfully submitted this 15th day of September 2025.

| | |
|---|---|
| SGRO & ROGER | SIGAL CHATTAH<br>Acting United States Attorney |
| /s/ *Alanna C. Bondy, Esq.*<br>ANTHONY P. SGRO, ESQ.<br>Nevada Bar No. 3811<br>ALANNA C. BONDY, ESQ.<br>Nevada Bar No. 14830<br>NICHOLAS V. SCOTTI, ESQ.<br>Nevada Bar No. 15634<br>2901 El Camino Avenue, Ste. 204<br>Las Vegas, Nevada 89102<br><br>*Attorney for Plaintiff* | /s/ *Virginia T. Tomova*<br>VIRGINIA T. TOMOVA<br>Assistant United States Attorney<br><br>*Attorneys for the Federal Defendant* |

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

DATED: 9/17/2025