ANTHONY P. SGRO, ESQ.
Nevada Bar No. 3811
ALANNA C. BONDY, ESQ.
Nevada Bar No. 14830
MICHAEL B. HILL, ESQ.
Nevada Bar No. 16409
**SGRO & ROGER**
2901 El Camino Avenue, Suite 204
Las Vegas, Nevada 89102
Telephone: (702) 384-9800
Facsimile: (702) 665-4120
tsgro@sgroandroger.com
abondy@sgroandroger.com
mhill@sgroandroger.com
*Attorneys for Plaintiff*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| CARLOS GURRI, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>EDWARD PRECIADO, an individual and former employee of the Federal Bureau of Investigation, et al.<br><br>Defendants. | Case No. 2:25-cv-01102-JAD-DJA<br><br>**STIPULATION AND ORDER EXTENDING TIME TO FILE OPPOSITION TO FEDERAL DEFENDANT EDWARD PRECIADO'S MOTION TO DISMISS [ECF No. 53] (First Request)**<br><br>ECF No. 54 |

Plaintiff Carlos Gurri ("Plaintiff"), by and through his attorneys of record, Anthony P. Sgro, Esq., Alanna C. Bondy, Esq., and Michael B. Hill, Esq., of the law firm Sgro & Roger, and Defendant Edward Preciado, by and through his attorneys of record, Todd Blanche, Sigal Chattah, and Nathan M. Claus, of the United States Attorney's Office, respectfully submit this Stipulation and Order Extending Time to File Opposition to Federal Defendant Edward Preciado's Motion to Dismiss [ECF No. 53] (the "Stipulation"). This Stipulation is made in accordance with LR IA 6-1 and LR IA 6-2 of the Local Rules of this Court. This is the first request for an extension of time to file the opposition to Defendant Edward Preciado's Motion

to Dismiss. Defendant Edward Preciado filed his Motion to Dismiss on March 6, 2026 [ECF No. 53]. Plaintiff's current deadline to file a response to Edward Preciado's Motion to Dismiss [ECF No. 53] is Friday March 20, 2026.

Upon agreement by and between all parties hereto, the undersigned respectfully request this Court **grant an extension of time, up to and including Friday April 3, 2026, for Plaintiff to file the opposition to Edward Preciado's Motion to Dismiss.**

DATED this 18th day of March, 2026.

**SGRO & ROGER**

*/s/Alanna Bondy*

ANTHONY P. SGRO, ESQ.
Nevada Bar No. 3811
ALANNA C. BONDY, ESQ.
Nevada Bar No. 14830
MICHAEL B. HILL, ESQ.
Nevada Bar No. 16409
2901 El Camino Ave., Ste. 204
Las Vegas, NV 89102
*Attorneys for Plaintiff*

**UNITED STATES ATTORNEY'S OFFICE**

*/s/ Nathan M. Claus*

TODD BLANCHE, ESQ.
Deputy Attorney General of the United States
SIGAL CHATTAH, ESQ.
First Assistant United States Attorney
District of Nevada
Nevada Bar No. 8264
NATHAN M. CLAUS, ESQ.
Assistant United States Attorney
Nevada Bar No. 15889
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, NV 89101
*Attorneys for Defendant Edward Preciado*

## ORDER

**IT IS SO ORDERED. Plaintiff's deadline to respond to Defendant Edward Preciado's Motion to Dismiss [53] is EXTENDED to 4/3/26.**

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE

-2-