ANTHONY P. SGRO, ESQ.
Nevada Bar No. 3811
ALANNA C. BONDY, ESQ.
Nevada Bar No. 14830
MICHAEL B. HILL, ESQ.
Nevada Bar No. 16409
**SGRO & ROGER**
2901 El Camino Avenue, Suite 204
Las Vegas, Nevada 89102
Telephone: (702) 384-9800
Facsimile: (702) 665-4120
tsgro@sgroandroger.com
abondy@sgroandroger.com
mhill@sgroandroger.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MARC R. KUSTNER, ESQ. and YASMANI GURRI-RUBIO, CO-SPECIAL ADMINISTRATORS OF THE ESTATE OF CARLOS GURRI,<br><br>Plaintiff,<br><br>vs.<br><br>EDWARD PRECIADO, et al.<br><br>Defendants. | Case No. 2:25-cv-01102-JAD-EJY<br><br>**STIPULATION AND ORDER EXTENDING TIME TO FILE OPPOSITION TO FEDERAL DEFENDANT EDWARD PRECIADO'S MOTION TO DISMISS [ECF No. 53] (Second Request)** |

Plaintiff Marc R. Kustner, Esq. and Yasmani Gurri-Rubio, Co-Special Administrators of the Estate of Carlos Gurri, by and through their attorneys of record, Anthony P. Sgro, Esq. and Alanna C. Bondy, Esq., of the law firm Sgro & Roger, and Defendant Edward Preciado, by and through his attorneys of record, Nathan M. Claus, Esq., of the United States Attorney's Office, respectfully submit this Stipulation and Order Extending Time to File Opposition to Federal Defendant Edward Preciado's Motion to Dismiss [ECF No. 53] (the "Stipulation"). This Stipulation is made in accordance with LR IA 6-1 and LR IA 6-2 of the Local Rules of this

Court. This is the second request for an extension of time to file the opposition to Defendant Edward Preciado's Motion to Dismiss. Defendant Edward Preciado filed his Motion to Dismiss on March 6, 2026 [ECF No. 53]. Plaintiff's current deadline to file a response to Edward Preciado's Motion to Dismiss [ECF No. 53] is Friday July 24, 2026.

Upon agreement by and between all parties hereto, the undersigned respectfully request this Court grant **an extension of time, up to and including Friday July 31, 2026, for Plaintiff to file the opposition to Edward Preciado's Motion to Dismiss.**

DATED this 23rd day of July, 2026.

**SGRO & ROGER**

*/s/Alanna Bondy*

ANTHONY P. SGRO, ESQ.
Nevada Bar No. 3811
ALANNA C. BONDY, ESQ.
Nevada Bar No. 14830
2901 El Camino Ave., Ste. 204
Las Vegas, NV 89102
*Attorneys for Plaintiff*

**UNITED STATES ATTORNEY'S OFFICE**

*/s/ Nathan M. Claus*

NATHAN M. CLAUS, ESQ.
Assistant United States Attorney
Nevada Bar No. 15889
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, NV 89101
*Attorney for Defendant Edward Preciado*

**ORDER**

IT IS SO ORDERED.

UNITED STATES DISTRICT JUDGE
July 31, 2026