TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264
NATHAN M. CLAUS
Assistant United States Attorney
Nevada Bar No. 15889
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Nathan. Claus@usdoj.gov

*Attorneys for the Federal Defendant*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Carlos Gurri,<br><br>Plaintiff,<br><br>v.<br><br>Edward Preciado, et al.,<br><br>Defendants. | Case No. 2:25-cv-01102-JAD-EJY<br><br>**STIPULATION AND ORDER EXTENDING TIME TO FILE REPLY TO FEDERAL DEFENDANT EDWARD PRECIADO'S MOTION TO DISMISS**<br><br>**ECF No. 53**<br>**(First Request)** |

Defendant Edward Preciado, by and through his attorneys of record, Nathan M. Claus, Esq., of the United States Attorney's Office and Plaintiff Marc R. Kustner, Esq. and Yasmani Gurri-Rubio, Co-Special Administrators of the Estate of Carlos Gurri, by and through their attorneys of record, Anthony P. Sgro, Esq. and Alanna C. Bondy, Esq., of the law firm Sgro & Roger, and, respectfully submit this Stipulation and Order Extending Time to File Defendant's reply to Federal Defendant Edward Preciado's Motion to Dismiss. ECF No. 53. This Stipulation is made in accordance with LR IA 6-1 and LR IA 6-2 of the Local Rules of this Court. This is the first request for an extension of time to file the reply to Defendant Edward Preciado's Motion to Dismiss. Defendant Edward Preciado filed his Motion to Dismiss on March 6, 2026. ECF No. 53. Plaintiff filed its opposition on July 31, 2026. ECF No. 70. Plaintiff's current deadline to file a reply to Edward Preciado's Motion to Dismiss is Friday August 7, 2026.

Upon agreement by and between all parties hereto, the undersigned respectfully request this Court grant an extension of time, up to and including Friday August 14, 2026, for Plaintiff to file the reply to Edward Preciado's Motion to Dismiss.

DATED this 4th day of August, 2026.

**SGRO & ROGER**

*/s/Alanna Bondy*
ANTHONY P. SGRO, ESQ.
Nevada Bar No. 3811
ALANNA C. BONDY, ESQ.
Nevada Bar No. 14830
2901 El Camino Ave., Ste. 204
Las Vegas, NV 89102
*Attorneys for Plaintiff*

**TODD BLANCHE**
**Deputy Attorney General of the United States**
**SIGAL CHATTAH**
**Acting United States Attorney**

*/s/ Nathan M. Claus*
NATHAN M. CLAUS, ESQ.
Assistant United States Attorney
Nevada Bar No. 15889
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, NV 89101

*Attorney for Defendant Edward Preciado*

**ORDER**

IT IS SO ORDERED.

UNITED STATES DISTRICT JUDGE
8-6-26